IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AUTUMN ERVIN, an individual, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 14-CV-329-SPS |
| ) | |
| BOBRICK WASHROOM ) | |
| EQUIPMENT, INC., d/b/a GAMCO ) | |
| COMMERCIAL RESTROOM ) | |
| ACCESSORIES, a foreign ) | |
| corporation, ) | |
| ) | |
| Defendant. ) | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the Plaintiff, Autumn Ervin, hereby stipulates with the Defendant, Bobrick Washroom Equipment, Inc., d/b/a GAMCO Commercial Restroom Accessories, that this action shall be dismissed with prejudice. Each party is to bear its own costs and attorneys' fees.

CROWE & DUNLEVY

s/ Adam W. Childers
Adam W. Childers, OBA # 18673
Allen L. Hutson, OBA # 30118
Braniff Building
324 N. Robinson Ave., Suite 100
Oklahoma City, OK 73102-8273
(405) 235-7700 (Telephone)
(405) 239-6651 (Facsimile)
adam.childers@crowedunlevy.com
allen.hutson@crowedunlevy.com

ATTORNEYS FOR DEFENDANT

s/Loren Gibson
Loren Gibson, OBA #14348
(*signed by Adam W. Childers with*

*permission of Loren Gibson)*
Gibson & Associates, P. L. C.
105 N. Hudson, Suite 312
Oklahoma City, OK 73102
(405) 270-0900
(405) 270-0903 (Facsimile)
lgibson@legalavenger.net

ATTORNEY FOR PLAINTIFF

2816912.1